STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
ANDREW MAINARDI (CABN 338085)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6475
    Facsimile: (415) 436-7234
    E-mail: andrew.mainardi@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELLEY CARPENTER, Individually, and On Behalf of the ESTATE OF RAYMOND C. CARPENTER,<br>                             Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>                             Defendant. | No. 3:22-cv-02850-TLT<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND DUE DATES; [~~PROPOSED~~] ORDER**<br><br>**Initial Case Management Conference Current Date/Time: October 26, 2022 at 9:00 AM** |

The undersigned, attorneys for record for Plaintiff and Defendant to this action ("the Parties"), hereby stipulate, pursuant to Civil Local Rule 6-2, as follows:

    WHEREAS, on August 31, 2022, the above captioned case was re-assigned to this Court, which vacated the Initial Case Management Conference date (Dkt. Nos. 27, 28);

    WHEREAS, on October 4, 2022, this Court set an Initial Case Management Conference for October 26, 2022 (Dkt. No. 31);

    WHEREAS, to allow additional time for the Parties to meet and confer regarding discovery and to draft a Joint Case Management Statement;

THE PARTIES HEREBY STIPULATE AND REQUEST that the Initial Case Management Conference, currently scheduled for 9:00 AM on October 26, 2022, be continued to 2:00 PM on December 1, 2022, or a date and time thereafter that is suitable for the Court, and for the due date for the Joint Case Management Statement to be reset accordingly.

DATED: October 12, 2022

Respectfully submitted,

*/s/ David A. Tierney*
DAVID A. TIERNEY
Attorney, Rawls Law Group
Attorney for Plaintiff

DATED: October 12, 2022

STEPHANIE M. HINDS

United States Attorney

*/s/ Andrew Mainardi*
ANDREW MAINARDI
Assistant United States Attorney
Attorneys for Defendant

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that Plaintiff has concurred in the filing of this document.*

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND DUE DATES; [PROPOSED] ORDER
3:22-cv-02850-TLT

[~~PROPOSED~~] ORDER

The above STIPULATION is approved for this case and all parties shall comply with its provisions as follows: the Case Management Conference, currently scheduled for October 26, 2022 at 9:00 AM, is continued to __December 1,__ 2022 at __2:00 PM__ and the due date for the Case Management Conference Statement is reset to __November 23__, 2022.

IT IS SO ORDERED.

Dated: 10/14/2022

_____
HON. TRINA L. THOMPSON